| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>GARAUFIS, NICHOLAS G | 2. Court or Organization<br><br>EASTERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>08/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>US DIRTRICT COURT EDNY<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF DIRECTORS | SPECTATOR PUBLISHING COMPANY, INC. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02/09/1997 | ABC, INC. PENSION PLAN MONTHLY SURVIVOR BENEFIT |
| 2. | |
| 3. | |

RECEIVED 2008 AUG 15 A 11:01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | ABC INC. RETIREMENT PLAN | $ 13,053 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | CITY UNIVERSITY OF NEW YORK - FORM W-2 WAGES |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 08/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. OPPENHEIMER NY MUNICIPAL A | | None | | | | | | | |
| 2. PERSHING GOVT ACCT. | | None | | | | | | | |
| 3. ALLIANCE BERNSTEIN NY MUNI TR | | None | | | | | | | |
| 4. PRIME FUND - CAPITAL RESERVES | B | Dividend | L | T | | | | | |
| 5. OPPENHEIMER QUEST BALANCED VALUE FUND CLASS A | A | Dividend | | | SALE | 02/08 | J | B | |
| 6. DAVIS NEW YORK VENTURE CLASS A | A | Dividend | K | T | | | | | |
| 7. NEUBERGER BERMAN FOCUS FUND | A | Dividend | L | T | | | | | |
| 8. BLACKROCK MID CAP VALUE FUND CLASS A | A | Dividend | L | T | | | | | |
| 9. GROWTH FUND OF AMERICA CLASS F | A | Dividend | | | SALE | 11/26 | J | A | |
| 10. VAN KAMPEN GLOBAL FRANCHISE | A | Dividend | K | T | PARTIAL SALE | 09/27 | J | A | |
| 11. FIDELITY ADVISOR DIVIDEND GROWTH | A | Dividend | J | T | | | | | |
| 12. AIM BASIC VALUE FUND B | A | Dividend | J | T | | | | | |
| 13. AIM INT. GOVT FUND | A | Dividend | J | T | | | | | |
| 14. AIM LARGE CAP GROWTH FD CL. B | A | Dividend | K | T | | | | | |
| 15. AIM GLOBAL GROWTH FD CL B | A | Dividend | K | T | | | | | |
| 16. ALLIANCE BALANCED SHARES CL B | A | Dividend | K | T | | | | | |
| 17. AMERICAN CAPITAL WORLD GROWTH & INCOME | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES TR. RUSSELL 1000 | A | Dividend | K | T | | | | | |
| 19. OPPENHEIMER EQUITY FUND CL A | A | Dividend | | | SALE | 12/24 | J | A | |
| 20. WALT DISNEY COMPANY CS | A | Dividend | J | T | | | | | |
| 21. FIDELITY ADVISOR INFLATION PROTECTED BD FD CL A | A | Dividend | K | T | | | | | |
| 22. ALLIANCE REAL ESTATE INVESTMENT FD A | A | Dividend | K | T | | | | | |
| 23. OPPENHEIMER SM & MID CAP VALUE FUND | A | Dividend | K | T | | | | | |
| 24. ALLIANCE GLOBAL TECHNOLOGY A FUND | A | Dividend | J | T | | | | | |
| 25. ALLIANCE GROWTH & INCOME FUND CL B | A | Dividend | L | T | | | | | |
| 26. ALLIANCE PREMIER GROWTH FUND CL B | A | Dividend | J | T | | | | | |
| 27. CITY OF NEW YORK DEFERRED COMPENSATION PLAN | A | Dividend | K | T | | | | | |
| 28. EQUIVEST VARIABLE ANNUITY | A | Dividend | K | T | | | | | |
| 29. TRUST #1 | | None | L | T | | | | | |
| 30. ABC PENSION PLAN | | None | J | T | | | | | |
| 31. AIM GLOBAL EQUITY FUND CL B | A | Dividend | K | T | | | | | |
| 32. AIM MID CAP CORE EQUITY CL B | A | Dividend | K | T | | | | | |
| 33. ISHARES MIDCAP | A | Dividend | J | T | | | | | |
| 34. ISHARES TRMSCI | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ISHARES RUSSELL 2000 | A | Dividend | J | T | PURCHASE | 02/02 | J | | |
| 36. MUTUAL SERIES CLASS C | A | Dividend | K | T | | | | | |
| 37. STANDARD & POORS DEPOSITORY RECEIPTS | A | Dividend | K | T | PARTIAL SALE | 04/18 | J | A | |
| 38. ROCHESTER LIMITED TERM | A | Dividend | K | T | PARTIAL SALE | 06/20 | J | A | |
| 39. PIMCO LOW DURATION | A | Dividend | | | SALE | 11/08 | K | A | |
| 40. PIMCO TOTAL RETURN CL C | A | Dividend | K | T | | | | | |
| 41. PIMCO ALL ASSET ALL AUTH | B | Dividend | K | T | PARTIAL SALE | 12/11 | J | A | |
| 42. OPPENHEIMER GLOBAL FUND | A | Dividend | K | T | PARTIAL SALE | 01/09 | J | A | |
| 43. VAN KAMPEN EQUITY & INCOME | B | Dividend | L | T | PURCHASE | 03/08 | J | | |
| 44. | | | | | PARTIAL SALE | 10/05 | J | A | |
| 45. | | | | | PARTIAL SALE | 06/20 | J | A | |
| 46. AMERICAN BALANCE | A | Dividend | J | T | | | | | |
| 47. FRANKLIN MUTUAL SERIES CL C | | None | | | | | | | |
| 48. OPPENHEIMER LTD. TERM NY MUNI | A | Dividend | K | T | | | | | |
| 49. ALLIANCE BERNSTEIN LG CAP GROWTH B | A | Dividend | K | T | | | | | |
| 50. AMERICAN CAPITAL INS. BLDR. A | A | Dividend | K | T | | | | | |
| 51. AIM TRIMARK | A | Dividend | | | SALE | 11/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 08/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ROCHESTER FD. MUNI A | A | Dividend | J | T | PARTIAL SALE | 10/31 | J | A | |
| 53. | | | | | PARTIAL SALE | 03/15 | J | A | |
| 54. OPPENHEIMER GLOBAL CLASS C | A | Dividend | J | T | | | | | |
| 55. AMERICAN GROWTH FD OF AMERICA C | B | Dividend | K | T | | | | | |
| 56. AMERICAN HIGH INCOME | B | Dividend | K | T | | | | | |
| 57. ALLIANCE GROWTH INCOME CL A | A | Dividend | J | T | | | | | |
| 58. AIM DEVELOPING MKT CL A | A | Dividend | J | T | PURCHASE | 11/26 | J | | |
| 59. | | | | | PURCHASE | 12/06 | J | | |
| 60. OPPENHEIMER INT BD FD | A | Dividend | J | T | PURCHASE | 12/27 | P4 | | |
| 61. VANGUARD INT TERM TAX | A | Dividend | J | T | PURCHASE | 12/27 | J | | |
| 62. PIMCO COMM REAL RETURN | A | Dividend | J | T | PURCHASE | 06/07 | J | | |
| 63. AIM CONSTELLATION FD CL B | A | Dividend | K | T | PARTIAL SALE | 10/16 | K | A | |
| 64. GABELLI ASSET FUND | A | Int./Div. | | | SALE | 2/8 | J | A | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, PAGE 1, LINE 1:
OPPENHEIMER NY MUNICIPAL A IS ALSO KNOW AS ROCHESTER FD MUNI A AND IS INCLUDED IN LINE 52.

VII, PAGE 1, LINE 2, AND LINE 3:
PERSHING GOVT ACCT AND ALLIANCE,BERNSTEIN NY MUNI TR., RESPECTIVELY, ARE MONEY MARKET ACCOUNTS THAT WERE TRANSFERRED INTO PRIME FUND - CAPITAL RESERVES.

VII, PAGE 2, LINE 23:
NAME CHANGED FROM OPPENHEIMER QUEST SMALL CAP VALUE FUND TO OPPENHEIMER SM & MID CAP VALUE FUND.

VII, PAGE 2, LINE 29:
TRUST #1 IS FUNDED WITH AN EQUITABLE LIFE INSURANCE COMPANY LIFE INSURANCE POLICY WITH A CASH SURRENDER VALUE AT 12/31/07 OF $32,000.

VII, PAGE 2, LINE 30:
ABC, INC. PENSION PLAN. I AM DESIGNATED TO RECEIVE MONTHLY PENSION BENEFITS UNDER MY LATE WIFE'S PENSION PLAN. PART III, LINE 2 DISCLOSES INCOME RECEIVED. THESE PAYMENTS WILL CEASE UPON MY DEATH.

VII, PAGE 3, LINE 47:
FRANKLIN MUTUAL SERIES CLASS C NAME CHANGED TO MUTUAL SERIES CLASS C AND IS INCLUDED IN LINE 36.

| Name of Person Reporting | Date of Report |
|---|---|
| GARAUFIS, NICHOLAS G | 08/12/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544